No. 225, Misc. HANSEN v. BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied.

No. 226, Misc. SIMON v. McGEE ET AL. C. A. 9th Cir. Certiorari denied.

No. 227, Misc. TILLMAN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 228, Misc. SHIELDS v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 230, Misc. ST. JOHN v. REDNOUR, SUPERINTENDENT, ILLINOIS SECURITY HOSPITAL. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 231, Misc. THOMAS v. MILLARD, ATTORNEY GENERAL, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 232, Misc. THOMPSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 234, Misc. EDDY v. MICHIGAN ET AL. Supreme Court of Michigan. Certiorari denied.

No. 236, Misc. HARRIS v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 240, Misc. MURPHY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 241, Misc. MULVEY v. JACQUES, WARDEN. C. A. 6th Cir. Certiorari denied.